# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JGSM ENTERTAINMENT CORP., a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>TWG MANAGEMENT, LLC, a Nevada limited liability company; TOM WACKMAN, an individual resident of Wisconsin, et al.,<br><br>Defendants. | Case No. 2:17-cv-02915-KJD-NJK<br><br>**ORDER** |

Before the Court is Defendants' Counsel's Motion to Withdraw as Counsel of Record (#35) and Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel Arbitration and to Stay Action (#36). The Court finds good cause justifying withdrawal and therefore **GRANTS** the Motion to Withdraw (#35). The Court also **GRANTS** Defendant Wackman's Motion to Extend Deadline to Respond to Plaintiff's Motion to Compel Arbitration and to Stay Action (#36).

IT IS FURTHER ORDERED that Defendant Wackman shall have **15 days** after the entry of this order to file an opposition to Plaintiff's Motion to Compel Arbitration and to Stay Action (#11).[1]

---

[1] Having reviewed Defendant TWG Management, LLC's opposition to Plaintiff's Motion

IT IS FURTHER ORDERED that Defendants shall have 15 days after the entry of this order to notify the Court of their new counsel.

IT IS FURTHER ORDERED that the Clerk shall enter into the record the following address for Defendants:

> Thomas Wackman
> TWG Management, LLC
> 720 N. Milwaukee St., #6
> Milwaukee, WI 53202

IT IS FURTHER ORDERED that the Clerk of the Court shall serve this order to Defendants at the listed address.

Dated this 30th day of August, 2018.

_____
Kent J. Dawson
United States District Judge

---

to Compel Arbitration (#16), the Court finds that Wackman's individual interests are adequately presented for decision. In the event that Wackman elects not to respond to Plaintiff's motion within the 15-day deadline, the Court will incorporate TWG's arguments on Wackman's behalf and rule on Plaintiff's motion to compel (#11).