1
2
3
4                    UNITED STATES DISTRICT COURT

5                        DISTRICT OF NEVADA

6                              * * *

7  JGSM Entertainment Corp.,              Case No. 2:17-cv-02915-KJD-NJK

8                           Plaintiff,                Order

9        v.

10  TWG Management, LLC, et al.,

11                          Defendants.

12        Before the Court is Plaintiff JGSM Entertainment Corp.'s Motion to Compel Arbitration

13  and to Stay Action (#11). Defendant TWG Management responded in opposition (#16), and JGSM

14  replied (#17). Defendant Wackman did not respond to the motion to compel and moved instead to

15  dismiss the claims against him for lack of personal jurisdiction (#30). This Court determined it had

16  personal jurisdiction over Wackman and ordered him to respond to the JGSM motion to compel.

17  (##33, 34). Following that order, TWG and Wackman withdrew their opposition to the motion to

18  compel (#39). There being no opposition to JGSM's Motion to Compel Arbitration and to Stay

19  Action (#11), the Court compels this action to arbitration according to the parties' arbitration

20  agreement.

21  ///

22  ///

23  ///

24  ///

25  ///

26
27
28

1        Accordingly, the Court **GRANTS** JGSM Entertainment Corp.'s Motion to Compel

2  Arbitration and to Stay Action and **STAYS** the action pending arbitration.

3  Dated this 21st day of September, 2018.

_____

Kent J. Dawson
United States District Judge