# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JGSM ENTERTAINMENT CORP., <br> Plaintiff(s), <br> v. <br> TWG MANAGEMENT LLC, et al., <br> Defendant(s). | Case No.: 2:17-cv-02915-KJD-NJK <br><br> **ORDER** |

On September 24, 2018, this case was stayed pending resolution of arbitration. Docket No. 40. The parties are hereby **ORDERED** to file a joint status report or, to the extent appropriate, dismissal papers by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge