UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JGSM ENTERTAINMENT CORP.,<br>    Plaintiff(s),<br>v.<br>TWG MANAGEMENT LLC, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-02915-KJD-NJK<br><br>**ORDER** |

Having reviewed the parties' joint status report, Docket No. 42, the Court orders that a further status report must be filed by October 1, 2020, and every 90 days thereafter.

IT IS SO ORDERED.

Dated: April 29, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1