# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JGSM ENTERTAINMENT CORP., <br>     Plaintiff(s), <br> v. <br> TWG MANAGEMENT, LLC, et al., <br>     Defendant(s). | Case No.: 2:17-cv-02915-KJD-NJK <br><br> **ORDER** <br><br> (Docket No. 45) |

Pending before the Court is a motion for leave to withdraw as counsel of record for Defendants TWG Management, LLC and Tom Wackman. Docket No. 45. For good cause shown, the Court **GRANTS** the motion. *Id.*

Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant TWG Management, LLC is **ORDERED** to file, no later than July 20, 2020, a notice of appearance by new counsel. Defendant Wackman is **ORDERED** to file, no later than July 20, 2020, either a notice of appearance by new counsel or a notice that he intends to proceed *pro se*. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: June 18, 2020

                                                Nancy J. Koppe <br>
                                                United States Magistrate Judge