Anthony J. Celeste, No. 8776
Bryan M. Viellion, No. 13607
Kristopher J. Kalkowski, No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
aceleste@kcnvlaw.com
bviellion@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*TWG Management, LLC and Tom Wackman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JGSM ENTERTAINMENT CORP., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TWG MANAGEMENT, LLC, a Nevada limited liability company; TOM WACKMAN, an individual resident of Wisconsin,<br><br>            Defendants. | CASE NO.:   2:17-cv-02915-KJD-NJK<br><br>**STIPULATION TO EXTEND DEADLINES TO PLAINTIFF'S RENEWED MOTION TO LIFT STAY [ECF No. 50] AND MOTION FOR ENTRY OF CLERK'S DEFAULT [ECF No. 52]**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants TWG Management, LLC and Tom Wackman (collectively, "TWG Defendants"), and Plaintiff JGSM Entertainment Corp., by and through their respective Counsel, hereby stipulate, agree, and request that this Court extend the response and reply deadlines for Plaintiff JGSM's Renewed Motion to Lift Stay, (ECF No. 50), filed on March 18, 2021, and Motion for Entry of Clerk's Default, (ECF No. 52), filed on March 19, 2021, as additional time is needed to prepare:

   1. The parties agree to extend the deadline for TWG Defendants' response to

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Plaintiff's Renewed Motion to Lift Stay, (ECF No. 50), to seven (7) days from today: April 9, 2021.

2. The parties agree to extend the deadline for TWG Defendants' response to Plaintiff's Motion for Entry of Clerk's Default, (ECF No. 52), to seven (7) days from today: to April 9, 2021.

3. The parties agree the extend the deadline for Plaintiff JGSM to file a reply in support of the Motions, (ECF Nos. 50, 52), to ten (10) days after TWG Defendants file their responses: to April 20, 2021.

This request for an extension is made in good faith. This is the parties' first request to extend these deadlines, and the extensions will allow the parties necessary time to properly brief issues in the Motions in light of TWG Defendants' counsel, Kaempfer Crowell, recent appearance in this case and now having notice of all deadlines.

| THE AMIN LAW GROUP, NV. LTD. | KAEMPFER CROWELL |
|---|---|
| DATED this 2nd day of April, 2021. | DATED this __2nd__ day of April, 2021. |
| By: _____<br>Ismail Amin, Esq., No. 9343<br>3753 Howard Hughes Parkway, Ste 200<br>Las Vegas, NV 89169<br>Telephone: 702.954.3861<br>Facsimile: 702.441-2488<br>*Attorney for Plaintiff*<br>*JGSM Entertainment Corporation* | By:_____<br>Anthony J. Celeste, No. 8776<br>Bryan M. Viellion, No. 13607<br>Kristopher J. Kalkowski, No. 14892<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants*<br>*TWG Management, LLC and Tom Wackman* |

**IT IS SO ORDERED.**

Dated this  5th   day of April, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE