UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JGSM ENTERTAINMENT CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWG MANAGEMENT, LLC, a Nevada limited liability company; TOM WACKMAN, an individual resident of Wisconsin; DOES I-X, ROE ENTITIES XI-XX; inclusive,<br><br>Defendants. | Case No. 2:17-cv-02915-KJD-NJK<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY** |

Before the Court is Plaintiff's Renewed Motion to Lift Stay (ECF #50). Defendants responded in opposition (ECF #57) and Plaintiff replied (ECF #59). Plaintiff also filed a Motion for Entry of Clerk's Default (ECF #52). Defendants responded in opposition (ECF #58) and Plaintiff replied (ECF #60).

I.     Analysis

On September 24, 2018, the Court granted Plaintiff's motion to compel arbitration and stayed the action. (ECF #40). Plaintiff then requested that the stay be lifted because Defendants failed to pay their share of arbitration fees, thus delaying the arbitration process. On April 29, 2021, after Plaintiff filed the instant motion, Plaintiff informed the American Arbitration Association ("AAA") panel that it authorized AAA to use Plaintiff's monies on deposit with AAA to cover Defendants' unpaid balance. (ECF #69, at 3). With the money collected, AAA scheduled an arbitration hearing for November 19, 2021. Id. The arbitration hearing went forward as scheduled. Id. After the hearing, the AAA panel of arbitrators requested additional briefs from Plaintiff, which Plaintiff provided. Id. The arbitration award is pending. Id.

Because the arbitration was executed and an award is pending, the Court sees no reason

to lift the stay. Additionally, there is no reason to enter a clerk's default. The arbitration award will likely resolve the issues in the action and interference from the Court is unnecessary.

II.  Conclusion

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Renewed Motion to Lift Stay (ECF #50) is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Entry of Clerk's Default (ECF #52) is **DENIED**.

Dated this 14th day of March, 2022.

_____
Kent J. Dawson
United States District Judge