UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JGSM ENTERTAINMENT CORP., | Case No. 2:17-cv-02915-KJD-NJK |
| Plaintiff, | ORDER |
| v. | |
| TWG MANAGEMENT LLC, TOM WACKMAN, | |
| Defendants. | |

Presently before the Court is Counsel Kristopher J. Kalkowski's Motion to Withdraw as Counsel for Defendant (#76). Counsel avers that neither defendant has maintained contact with him. Neither Defendant has responded to multiple telephone calls, emails, or mail sent to both business addresses and personal residences. Additionally, Defendants have failed to pay attorney's fees. All that remains in this action stayed for arbitration is for the parties to file motions to confirm or vacate the arbitration award in Plaintiff's favor. Plaintiff has filed a Status Report (#75) asserting that it will file a motion to confirm the arbitration award before the deadline, on or about March 4, 2023. Accordingly, the Court finds good cause to grant Counsel's motion to withdraw.

Counsel is ordered to serve a copy of this order on both Defendants and file proof of service within fourteen (14) days of the entry of this order. Defendants shall then have fourteen (14) days to associate counsel. Defendant Wackman must notify the Court if he wishes to associate counsel or proceed *pro se*. TWG Management may not proceed *pro se*. Failure to associate counsel or appear in this action may result in default being entered against either Defendant or a judgment confirming the arbitration award being entered against the defendants.

Accordingly, IT IS HEREBY ORDERED that Counsel Kristopher J. Kalkowski's Motion

to Withdraw as Counsel for Defendant (#76) is **GRANTED**;

IT IS FURTHER ORDERED that Counsel serve a copy of this order on Defendants within fourteen (14) days of its entry;

IT IS FURTHER ORDERED that Defendants notify the Court within fourteen (14) days of service of this order whether they will associate counsel or appear *pro se,* failure to do so will result in a judgment against Defendants.

Dated this 27th day of February, 2023.

Kent J. Dawson
United States District Judge

- 2 -